James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN ZIMMERMAN, | Case No. 2:17-CV-993 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| WALGREEN CO., | |
| Defendant(s). | |

Presently before the court is *Zimmerman v. Walgreen Co*, case no. 2:17-cv-00993-JCM-GWF. As stated in the omnibus transfer order (ECF No. 3), the district judges of the District of Nevada have ordered that each of Kevin Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings.

Accordingly,

IT IS HEREBY ORDERED that:

(1) The clerk of the court shall TRANSFER this case to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings; and

(2) All future filings in this action shall reference the same numerical portion of the original action's case number, but with the corrected district judge and magistrate judge designation.

DATED April 11, 2017.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE